UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>          Plaintiff,<br><br>    v.<br><br>PG&E National Energy Group, Inc.,<br><br>          Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC) |



**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

Defendant PG&E National Energy Group Company hereby requests an extension of time until Monday, November 3, 2003 to respond to Plaintiff's First Set of Interrogatories and Request for Production of Defendant, PG&E National Energy Group, Inc. Defendant's response was originally due on October 15, 2003. This extension is necessary for Defendant to fully respond to Plaintiff's discovery requests and is due to scheduling conflicts that have prevented counsel from being able to finalize its responses to Plaintiff's discovery requests. This request is

- 2 -

Defendant's first request for an extension of time in this matter. Plaintiff's counsel has assented to this request.

PG&E NATIONAL ENERGY GROUP COMPANY

By their attorneys,

*Claudia T. C...*
James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: October 14, 2003

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2003, I caused to be served a true and correct copy of the foregoing document by first-class mail to all counsel of record.

*Claudia T. C...*
Claudia T. Centomini

- 2 -