UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>             Plaintiff,<br><br>v.<br><br>PG&E National Energy Group, Inc.,<br><br>             Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

Defendant PG&E National Energy Group Company hereby requests an extension of time until Monday, November 3, 2003 to respond to Plaintiff's First Set of Interrogatories and Request for Production of Defendant, PG&E National Energy Group, Inc. Defendant's response was originally due on October 15, 2003. This extension is necessary for Defendant to fully respond to Plaintiff's discovery requests and is due to scheduling conflicts that have prevented counsel from being able to finalize its responses to Plaintiff's discovery requests. This request is

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

October 22, 2003.