UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br>Plaintiff | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC) |
| v. | |
| PG&E NATIONAL ENERGY GROUP, INC.<br>Defendant | |
| | October 17, 2003 |

## MOTION TO MODIFY CASE MANAGEMENT PLAN

The plaintiff, Michael Beaudette, hereby requests that the scheduling order in the above-referenced matter be modified so as to allow an additional 30 days resulting in the new due dates being as follows:

Plaintiff's Expert Disclosure December 1, 2003;

Plaintiff's Expert Deposition to be completed by February 1, 2004;

Defendant's Expert Disclosure March 2, 2004;

Defendant's Expert Deposition to be completed by April 2, 2004;

Discovery to be completed by April 2, 2004;

Revised Damages Analyses April 2, 2004; and

Request for a prefiling conference regarding a motion for summary judgment submitted on or before February 16, 2004.

This modification is being requested because, despite their diligent efforts, the parties have had difficulty scheduling the initial depositions of the key witnesses. Although those depositions are now set to occur with the first three weeks of

- 2 -

November, with the approaching holiday season the parties will not have sufficient time under the existing scheduling order to identify and complete the remaining depositions. The difficulties in scheduling the initial depositions was caused in part by the fact that the undersigned's litigation caseload has increased dramatically as a result of the unexpected illnesses (one short-term and the other long-term) of two partners in this law firm. The granting of this request would not impact the dates the Court has set for the mandatory settlement conference or the joint trial memorandum, nor would it require any delay in the date the case is scheduled to be placed on the Trial Ready List (July 2004). Defendant's counsel, Claudia Centomini, has been contacted and consents to this request. This is the plaintiff's first request for a modification of the scheduling order in this matter.

Respectfully submitted,

Gregg D. Adler ct 05698
Mary E. Kelly ct07419
Livingston, Adler, Pulda, Meiklejohn
& Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Case Management Plan has been mailed, first-class, postage prepaid on this 17th day of October, 2003 to all counsel of record as follows:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Michael S. Taylor
Daniel J. Krisch
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

_____
Gregg D. Adler