UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br>Plaintiff | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC) |
| v. | |
| PG&E NATIONAL ENERGY GROUP, INC.<br>Defendant | |
| | October 17, 2003 |

**MOTION TO MODIFY CASE MANAGEMENT PLAN**

The plaintiff, Michael Beaudette, hereby requests that the scheduling order in the above-referenced matter be modified so as to allow an additional 30 days resulting in the new due dates being as follows:

Plaintiff's Expert Disclosure December 1, 2003;

Plaintiff's Expert Deposition to be completed by February 1, 2004;

Defendant's Expert Disclosure March 2, 2004;

Defendant's Expert Deposition to be completed by April 2, 2004;

Discovery to be completed by April 2, 2004;

Revised Damages Analyses April 2, 2004; and

Request for a prefiling conference regarding a motion for summary judgment submitted on or before February 16, 2004.

This modification is being requested because, despite their diligent efforts, the parties have had difficulty scheduling the initial depositions of the key witnesses. Although those depositions are now set to occur with the first three weeks of

October 30, 2003.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.