## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br>　　　　Plaintiff<br><br>v.<br><br>PG&E NATIONAL ENERGY GROUP, INC.<br>　　　　Defendant | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC)<br><br><br><br><br>October 2, 2003 |

### MOTION FOR EXTENSION OF TIME

Plaintiff Michael Beaudette respectfully requests a twenty-one (21) day extension of time within which to respond to the Defendant's First Set of Interrogatories and Request for Production. This extension is necessary due to unforeseen scheduling conflicts which have prevented counsel and the plaintiff from being able to finalize the responses to these discovery requests. This extension of time will not delay the completion of discovery in this case. Defendant's counsel has been contacted and does not object to this request. This is the plaintiff's first request for an extension of time in this matter.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 5, 2003.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mary E. Kelly ct07419
　　　　　　　　　　　　　　　　　　Gregg D. Adler ct 05698
　　　　　　　　　　　　　　　　　　Livingston, Adler, Pulda, Meiklejohn
　　　　　　　　　　　　　　　　　　　& Kelly, P.C.
　　　　　　　　　　　　　　　　　　557 Prospect Avenue
　　　　　　　　　　　　　　　　　　Hartford, CT 06105-2922
　　　　　　　　　　　　　　　　　　(860) 233-9821