UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

        Plaintiff,

v.

PG&E National Energy Group, Inc.,

        Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

## DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO COMPEL PLAINTIFF TO PRODUCE CERTAIN MEDICAL RECORDS

Pursuant to Fed.R.Civ.P. 37(a), Defendant PG&E National Energy Group Company ("Defendant") hereby requests an extension of time until Monday, December 8, 2003 to file a Motion to Compel Plaintiff to Produce Certain Medical Records. Defendant's motion to compel was due on November 24, 2003. This extension is necessary because Defendant has been trying to resolve its dispute for these records with Plaintiff Michael Beaudette ("Plaintiff") for three weeks and had anticipated that a motion to compel would not be necessary. On November 5, 2003, Defendant's counsel sent a letter to Plaintiff's counsel iterating its request for Plaintiff's medical records from 1983 to 1997. (November 5, 2003 letter attached as **Exhibit A**). In response, Defendant received Plaintiff's counsel's November 7, 2003 letter on November 10, 2003 in which counsel stated that if Defendant could "identify any admissible evidence you think these requests are reasonably calculated to discover please let me know and I will be happy to reconsider." (November 7, 2003 letter is attached as **Exhibit B**). Defendant's counsel spoke to

[Margin annotation: So ordered. Granted. Robert N. Chatigny, U.S.D.J. December 2, 2003.]

20/570046.1