UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BEAUDETTE,
     Plaintiff

v.

PG&E NATIONAL ENERGY GROUP, INC.
     Defendant

CIVIL ACTION NO:
3:03 CV 0899 (RNC)

December 1, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 37a, plaintiff Michael Beaudette respectfully requests a twenty (20) day extension of time within which to file any Motion to Compel with respect to Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production. Plaintiff's Motion is currently due on December 3, 2003. This extension is necessary because Defendant's counsel is unable to respond to the Plaintiff's attempts to resolve these disputes until on or about December 1, 2003, and Plaintiff's counsel wishes to wait until receiving that response before filing any motion in hopes that the response will resolve or at least narrow the issues on which a motion to compel will be necessary[1].

The Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production were due on or before November 3, 2003. The written responses were provided on that date and documents produced on November 5, 2003. (See Exhibit A). On November 10, 2003, Plaintiff's counsel wrote to Defendant's counsel, in an attempt to resolve the discovery disputes. (See Exhibit B).

---

[1] An extension until the 23rd is sought because Plaintiff's counsel will be away from the office on a scheduled vacation from December 8th through the 14th.

*[Handwritten margin notes: "12/10/03 Granted nunc pro tunc for extension"]*