UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

    Plaintiff,

v.

PG&E National Energy Group, Inc.,

    Defendant.

CIVIL ACTION NO.
303CV899 (RNC)



## DEFENDANT'S MOTION TO MODIFY THE CASE MANAGEMENT PLAN

Defendant PG&E National Energy Group Company ("Defendant") hereby requests that the scheduling order[1] for the above-referenced matter be modified so as to allow additional time[2] for Plaintiff's expert deposition, Defendant's expert disclosure, Defendant's expert deposition, and Request for a prefiling conference regarding a motion for summary judgment. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The due dates in the Case Management Plan would be as follows:

Plaintiff's Expert Disclosure December 1, 2003;

Plaintiff's Expert Deposition to be completed by March 2, 2004;

Defendant's Expert Disclosure April 1, 2004;

---

[1] The Court modified its scheduling order on October 30, 2003 in response to Plaintiff's October 17, 2003 Motion to Modify Case Management Plan.

[2] With the exception of the deadline for Defendant's Expert Deposition, Defendant is seeking to extend the due dates for the requested events for an additional 30 days. Defendant is seeking to change the date in which to complete Defendant's Expert Deposition from April 2, 2004 to May 7, 2004 to accommodate Plaintiff's counsel's schedule.

20/575192.1

Defendant's Expert Deposition to be completed by May 7, 2004;

Discovery (excepting Defendant's Expert Deposition) to be completed by April 2, 2004;

Revised Damages Analyses April 2, 2004; and

Request for a prefiling conference regarding a motion for summary judgment submitted on or before March 17.

Defendant is requesting this modification because, despite diligent efforts, Plaintiff is having difficulty retrieving certain medical records that are required for Plaintiff's expert deposition and Defendant is having difficulty scheduling Plaintiff's medical expert's deposition due to Plaintiff's medical expert's limited availability in January. Further, Defendant is awaiting the outstanding medical records to prepare its expert disclosure report. Plaintiff's medical expert's deposition, however, can be scheduled for mid-February, and Plaintiff expects to receive the outstanding medical records prior to that time.

The granting of this request would not have an impact on the dates that the Court has set for completing discovery, Revised Damages Analyses, the mandatory settlement conference or the joint trial memorandum, and it would not cause any delay in the date that the case is scheduled for placement on the Trial Ready List (July 2004).

Plaintiff's counsel, Gregg Adler, has been contacted and has assented to this request. It is

Defendant's first request for a modification of the scheduling order in this matter.

PG&E NATIONAL ENERGY GROUP
COMPANY

By their attorneys,

*/s/ Claudia T. Centomini*

James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: January 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2004, I caused to be served a true and correct copy of the foregoing document by first-class mail to all counsel of record.

*/s/ Claudia T. Centomini*
Claudia T. Centomini

20/575192.1

- 3 -