28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

        Plaintiff,

v.

PG&E National Energy Group, Inc.,

        Defendant.

CIVIL ACTION NO.
303CV899 (RNC)
RKW

## DEFENDANT'S MOTION TO MODIFY THE CASE MANAGEMENT PLAN

Defendant PG&E National Energy Group Company ("Defendant") hereby requests that the scheduling order[1] for the above-referenced matter be modified so as to allow additional time[2] for Plaintiff's expert deposition, Defendant's expert disclosure, Defendant's expert deposition, and Request for a prefiling conference regarding a motion for summary judgment. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The due dates in the Case Management Plan would be as follows:

Plaintiff's Expert Disclosure December 1, 2003;

Plaintiff's Expert Deposition to be completed by March 2, 2004;

Defendant's Expert Disclosure April 1, 2004;

---

[1] The Court modified its scheduling order on October 30, 2003 in response to Plaintiff's October 17, 2003 Motion to Modify Case Management Plan.

[2] With the exception of the deadline for Defendant's Expert Deposition, Defendant is seeking to extend the due dates for the requested events for an additional 30 days. Defendant is seeking to change the date in which to complete Defendant's Expert Deposition from April 2, 2004 to May 7, 2004 to accommodate Plaintiff's counsel's schedule.

20/575192.1