### UNITED STATE DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| MICHAEL BEAUDETTE, | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:03 CV 0899 (RNC) |
| v. | : | |
| | : | |
| PG&E NATIONAL ENERGY GROUP, INC. | : | |
| Defendant | : | |
| | : | February 12, 2004 |

### MOTION TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Fed. R. Civ. Proc. 15(a), the plaintiff, Michael Beaudette, hereby requests permission to amend his complaint. The proposed Amended Complaint is attached hereto. During the course of this litigation, counsel for the defendant brought to plaintiff's attention that the complaint had incorrectly identified the defendant as "PG&E National Energy Group, Inc.", when in fact the proper name of the plaintiff's employer was "PG&E National Energy Group Company." Defendant's counsel further advised that the defendant's corporate name had recently been changed to "Power Services Company." The amendment simply corrects the defendant's corporate name in accordance with the information provided by defendant's counsel.

                                                    Respectfully submitted,

                                                    _____
                                                    Gregg D. Adler ct05698
                                                    Mary E. Kelly ct07419
                                                    Livingston, Adler, Pulda, Meiklejohn
                                                        & Kelly, P.C.
                                                    557 Prospect Avenue
                                                    Hartford, CT 06105-2922
                                                    (860) 233-9821

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion to Amend was mailed, first class postage prepaid, on this 12th day of February, 2004 to the following counsel of record:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

                                                                       _____
                                                                       Gregg D. Adler