UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHAEL BEAUDETTE,<br>   Plaintiff<br><br>v.<br><br>PG&E NATIONAL ENERGY GROUP, INC.<br>(POWER SERVICES COMPANY)<br>   Defendant | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC)<br><br><br><br><br><br><br><br>February 13, 2004 |

## MOTION TO MODIFY CASE MANAGEMENT PLAN

The plaintiff, Michael Beaudette, hereby requests that the scheduling order in the above-referenced matter be modified as follows:

Plaintiff's Expert Deposition to be completed by April 2, 2004, instead of March 2;

Defendant's Expert Disclosure April 23, 2004, instead of April 1;

Defendant's Expert Deposition to be completed by May 30, 2004, instead of May 7;

Request for a prefiling conference regarding a motion for summary judgment submitted on or before April 15, 2004, instead of March 17; and

Dispositive Motions May 14, 2004, instead of April 15.

This modification is being requested because, despite diligent efforts, plaintiff has not been able to obtain a full set of his medical records from his psychiatrist, and this has caused a delay in the deposition of the plaintiff's retained expert, Kenneth Selig, M.D., and has also delayed the conclusion of the plaintiff's deposition.

- 2 -

The granting of this request would not impact the dates the Court has set for the mandatory settlement conference or the joint trial memorandum, nor would it require any delay in the date the case is scheduled to be placed on the Trial Ready List (July 2004). Defendant's counsel, Claudia Centomini, has been contacted and consents to this request. This is the plaintiff's second request for a modification of the scheduling order in this matter.

                                                    Respectfully submitted,

                                                    _____
                                                    Gregg D. Adler ct 05698
                                                    Mary E. Kelly ct07419
                                                    Livingston, Adler, Pulda, Meiklejohn
                                                        & Kelly, P.C.
                                                    557 Prospect Avenue
                                                    Hartford, CT 06105-2922
                                                    (860) 233-9821

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion to Modify Case Management Plan has been mailed, first-class, postage prepaid on this 13th day of February, 2004 to the following counsel of record:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

                                                    _____
                                                    Gregg D. Adler