UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br>Plaintiff<br><br>v.<br><br>PG&E NATIONAL ENERGY GROUP, INC.<br>(POWER SERVICES COMPANY)<br>Defendant | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC)<br><br><br><br><br><br>February 13, 2004 |

### MOTION TO MODIFY CASE MANAGEMENT PLAN

The plaintiff, Michael Beaudette, hereby requests that the scheduling order in the above-referenced matter be modified as follows:

Plaintiff's Expert Deposition to be completed by April 2, 2004, instead of March 2;

Defendant's Expert Disclosure April 23, 2004, instead of April 1;

Defendant's Expert Deposition to be completed by May 30, 2004, instead of May 7;

Request for a prefiling conference regarding a motion for summary judgment submitted on or before April 15, 2004, instead of March 17; and

Dispositive Motions May 14, 2004, instead of April 15.

This modification is being requested because, despite diligent efforts, plaintiff has not been able to obtain a full set of his medical records from his psychiatrist, and this has caused a delay in the deposition of the plaintiff's retained expert, Kenneth Selig, M.D., and has also delayed the conclusion of the plaintiff's deposition.

*So ordered. Granted. February 13, 2004. Robert N. Chatigny, U.S.D.J.*