UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br>Plaintiff<br>v.<br><br>PG&E NATIONAL ENERGY GROUP, INC.<br>Defendant | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC) RKW<br><br>FILED<br>2004 FEB 13 P 2: 13<br><br>U.S. DISTRICT COURT<br>HARTFORD, CT<br><br>February 12, 2004 |

**MOTION TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. Proc. 15(a), the plaintiff, Michael Beaudette, hereby requests permission to amend his complaint. The proposed Amended Complaint is attached hereto. During the course of this litigation, counsel for the defendant brought to plaintiff's attention that the complaint had incorrectly identified the defendant as "PG&E National Energy Group, Inc.", when in fact the proper name of the plaintiff's employer was "PG&E National Energy Group Company." Defendant's counsel further advised that the defendant's corporate name had recently been changed to "Power Services Company." The amendment simply corrects the defendant's corporate name in accordance with the information provided by defendant's counsel.

Respectfully submitted,

Gregg D. Adler ct05698
Mary E. Kelly ct07419
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

**ORAL ARGUMENT NOT REQUESTED**