UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -5 A 9: 48

Michael Beaudette,

    Plaintiff,

v.

Power Services Company,

    Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

## DEFENDANT'S MOTION TO MODIFY THE CASE MANAGEMENT PLAN

Defendant Power Services Company ("Defendant") hereby requests that the scheduling order[1] for the above-referenced matter be modified so as to allow additional time to complete Discovery, Defendant's Expert Disclosure, Defendant's Expert Deposition, and file a Request for a prefiling conference regarding a motion for summary judgment. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The due dates in the Case Management Plan would be as follows:

Discovery (excepting Defendant's Expert Deposition) to be completed by May 3, 2004;

Defendant's Expert Disclosure due on or before May 26, 2004;

Defendant's Expert Deposition to be completed by June 25, 2004;

---

[1] The Court modified its scheduling order on February 23, 2003 in response to Plaintiff's February 13, 2003 Motion to Modify Case Management Plan.

20/575192.1

Revised Damages Analyses due on or before May 3, 2004; and

Request for a prefiling conference regarding a motion for summary judgment submitted on or before May 14.

Defendant is requesting this modification because, despite diligent efforts by Plaintiff and Defendant, they are having difficulty retrieving certain medical records that are important for Plaintiff's deposition and Defendant's Expert Disclosure report. Further, Defendant is awaiting the outstanding medical records to prepare its Expert Disclosure report and to complete Plaintiff's deposition. The parties have agreed to seek other documents, which they expect to contain discussions of some of the same issues reviewed in the outstanding medical records. The parties have made progress in retrieving those documents and expect to attain those documents soon. In addition, the parties are continuing to move forward in the discovery process and most recently, Defendant has taken Plaintiff's Expert's deposition.

The granting of this request would not have an impact on the dates that the Court has set for the mandatory settlement conference or the joint trial memorandum, and it would not cause any delay in the date that the case is scheduled for placement on the Trial Ready List (July 2004).

Plaintiff's counsel, Gregg Adler, has been contacted and has assented to this request. It is Defendant's second request for a modification of the scheduling order in this matter.

POWER SERVICES COMPANY

By their attorneys,

_____
James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: April 2, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2004, I caused to be served a true and correct copy of the foregoing document by first-class mail to all counsel of record.

_____
Claudia T. Centomini

20/575192.1

- 3 -