UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Michael Beaudette,

Plaintiff,

v.

Power Services Company,

Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

## DEFENDANT'S MOTION TO MODIFY THE CASE MANAGEMENT PLAN

Defendant Power Services Company ("Defendant") hereby requests that the scheduling order[1] for the above-referenced matter be modified so as to allow additional time to complete Discovery, Defendant's Expert Disclosure, Defendant's Expert Deposition, and file a Request for a prefiling conference regarding a motion for summary judgment. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The due dates in the Case Management Plan would be as follows:

Discovery (excepting Defendant's Expert Deposition) to be completed by May 3, 2004;

Defendant's Expert Disclosure due on or before May 26, 2004;

Defendant's Expert Deposition to be completed by June 25, 2004;

---

[1] The Court modified its scheduling order on February 23, 2003 in response to Plaintiff's February 13, 2003 Motion to Modify Case Management Plan.

20/575192.1