LAW OFFICES

# LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C.

557 PROSPECT AVENUE   HARTFORD, CONNECTICUT 06105-2922

TELEPHONE: (860) 233-9821   FAX: (860) 232-7818

BY COMPUTER-GENERATED FAX

DANIEL E. LIVINGSTON
GREGG D. ADLER
RUTH L. PULDA
THOMAS W. MEIKLEJOHN
MARY E. KELLY
PETER GOSELIN
DEBORAH L. McKENNA
HENRY F. MURRAY

OF COUNSEL
ANNE GOLDSTEIN
BETZABETH SANCHEZ

70 HOWARD STREET
NEW LONDON, CONNECTICUT 06320
(860) 437-0589

PLEASE REPLY TO HARTFORD OFFICE

WRITER'S DIRECT DIAL:
(860) 570-4636
gdadler@lapm.org

April 2, 2004

Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

**Re:   Michael Beaudette v. PG&E National Energy Group, Inc. (Power Services Company)**
       Civil Action No.:   3:03CV0899 (RNC)

To the Clerk:

Enclosed herewith is an Offer of Judgment in the above-referenced matter. This Offer of Judgment is being filed under Local Rule 68, and, as such, is being filed in a sealed envelope and is not being filed in .pdf format on the enclosed computer disk.

Please call my office if you have any questions regarding the enclosed.

Very truly yours,

Gregg D. Adler

drc
Enclosures