UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>    Plaintiff,<br><br>  v.<br><br>Power Services Company,<br><br>    Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC)<br><br><br><br><br>March 29, 2004 |

**DEFENDANT POWER SERVICES COMPANY'S
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

   Defendant Power Services Company ("PSC") answers plaintiff Michael Beaudette's
("Plaintiff") complaint as follows:

FIRST DEFENSE

JURISDICTION AND PARTIES

   With respect to the specific allegations of the complaint as follows:

1. PSC states that the allegations contained in paragraph 1 constitute statements of the basis
of Plaintiff's statutory claims to which no answer is required.

2. PSC states that the allegations contained in paragraph 2 constitute statements of the basis
of jurisdiction to which no answer is required.

3. PSC states that the allegations contained in paragraph 3 constitute statements of the basis
of venue to which no answer is required.

4. PSC is without information or knowledge sufficient to form a belief as to the truth of the
allegations contained in the first sentence of paragraph 4. PSC denies the remaining
allegations contained in paragraph 4.

5. PSC admits the allegations contained in paragraph 5.

6.  PSC is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

FACTS

7.  PSC admits the allegations contained in paragraph 7.

8.  PSC admits that it reviewed Plaintiff's lack of experience with him when he interviewed for the position and states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in the third sentence of paragraph 8.

9.  PSC is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. PSC admits that Plaintiff took a physical examination prior to beginning his employment but states that the examining physician certified to PSC that Plaintiff was medically qualified for the Operations & Maintenance Technician ("O & M Technician") position and did not provide PSC with any information or documentation of Plaintiff's medical condition.

11. PSC admits that Plaintiff attended training when he began his employment with PSC but states that it is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 11.

12. PSC admits that sometime during Plaintiff's employment, Operations Manager Tim Bofman ("Bofman") suggested that Plaintiff contact the Employee Assistance Program because Plaintiff was upset about a child who had drowned in his pool. PSC denies the remaining allegations contained in paragraph 12.

13. PSC is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. PSC is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15. PSC admits that Plaintiff told Bofman that he was taking certain medications and was concerned about taking the medications. PSC further admits that Bofman took a photocopy of Plaintiff's bottle of Paxil. PSC states that Plaintiff also told Bofman that he may suffer from Attention Deficit Disorder. PSC denies the remaining allegations contained in paragraph 15.

16. PSC is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 16.

17. PSC states that the 2001 Performance Review speaks for itself and is attached as Exhibit A.

18. PSC admits that employees were working long hours during this time period and states that it is without information or knowledge sufficient to form a belief as to the truth of remaining allegations contained in paragraph 18.

19. PSC admits that in or about early February 2002, Plaintiff met with Bofman and told Bofman that he was concerned about his job performance, feeling stressed, and becoming impatient with other workers. PSC states that Bofman did try assuage Plaintiff's concerns and told Plaintiff that workplace situation would improve when the plant was fully functional. PSC denies the remaining allegations contained in paragraph 19.

20. PSC admits that, on February 6, 2002, Lead O & M Technician Joe Reindl asked Plaintiff over the radio if he wanted to work overtime. PSC states that Plaintiff did not answer directly and when Plaintiff did not respond, Reindl asked the next employee on the seniority list to work the overtime. PSC further admits that Plaintiff lost his temper

with Reindl later that evening in the control room and denies the remaining allegations

contained in paragraph 20.

21. PSC denies the allegations contained in paragraph 21.

22. PSC states that Bofman attempted to diffuse the situation and instructed Plaintiff to go to

Bofman's office, which Plaintiff failed to do.  PSC further states that Plaintiff threw his

hard hat across the room and, in response, Bofman relieved Plaintiff of his duties and

placed him on administrative leave.

23. PSC is without information or knowledge sufficient to form a belief as to the truth of the

allegations contained in paragraph 23.

24. PSC is without information or knowledge sufficient to form a belief as to the truth of the

allegations contained in paragraph 24.

25. PSC states that the Plaintiff's February 12, 2002 memorandum speaks for itself and is

attached hereto as Exhibit B.

26. PSC admits that it met with Plaintiff on February 12, 2002 and reviewed the February 6,

2002 incident with him.

27. PSC admits the allegations contained paragraph 27.

28. PSC states that the February 13, 2002 employment termination letter speaks for itself and

is attached hereto as Exhibit C.

29. PSC states that the termination letter and the 2001 performance review speak for

themselves.

30. PSC denies the allegations contained paragraph 30.

31. PSC denies the allegations contained in paragraph 31.

32. PSC denies the allegations contained in paragraph 32.

33. PSC denies the allegations contained in paragraph 33.

COUNT ONE(ADA)

34. PSC hereby incorporates by reference its responses to paragraphs 1 through 33 as if fully set forth herein.

35. PSC denies the allegations contained in paragraph 35.

36. PSC denies the allegations contained in paragraph 36.

37. PSC denies the allegations contained in paragraph 37.

COUNT TWO (CFEPA)

38. PSC hereby incorporates by reference its responses to paragraphs 1 through 37 as if fully set forth herein.

39. PSC denies the allegations contained in paragraph 39.

40. PSC denies the allegations contained in paragraph 40.

## SECOND DEFENSE

The complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

## FOURTH DEFENSE

PSC at all times acted in good faith, and with legitimate non-discriminatory reasons.

## FIFTH DEFENSE

Plaintiff was unable to perform the essential functions of his job with or without reasonable accommodation.

## SIXTH DEFENSE

To the extent Plaintiff claims damages for emotional distress or other injuries to his person, such claims are barred by the worker's compensation statute.

<u>SEVENTH DEFENSE</u>

Plaintiff has failed to mitigate his damages, if any.


WHEREFORE, the defendant prays that this honorable Court dismiss the complaint, and award the defendant its costs and attorneys fees in this action.


**PG&E NATIONAL ENERGY GROUP
COMPANY**
By its attorneys:

*Claudia T. Centomini*

James W. Bucking (BBO #558800)
Claudia T. Centomini (BBO #553247)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000


Dated: March 29, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2004, I caused to be served a true and correct copy of the forgoing document by first-class mail to all counsel of record:  Gregg D. Adler, Esq., Mary E. Kelly, Esq. Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2022; Daniel Krisch, Esq., Horton, Shields & Knox, P.C., 90 Gillett Street, Hartford, CT 06105.

*Claudia T. Centomini*

Claudia T. Centomini

Exhibit A

**PG&E National Energy Group™**

*Performance Review*

# Performance Review for: 2001

| Employee Information | |
|---|---|
| Employee Name: | Mike Beaudette |
| Department: | O&M |
| Reports To: | Tim Bofman |

| Review Information | | |
|---|---|---|
| Reviewer: | Tim Bofman | |
| Review Type: | Annual | |
| Review Period | Start Date: 10/01/01 | End Date: 12/31/01 |

**Section 1: Key Objectives During Review Period**

Use the section below to describe the employee's key objectives (usually three to four). Describe any changes to original objectives and discuss the extent to which each objective was met. You may add or delete objectives. Type (NEW) after a new objective and type (DELETE) after a deleted objective.

**Employee 2001 Objective 1: Compete Process Owner assignments**

**Description:**

- Spare Parts recommendations
- Name Plate Data collection and entry into SAP
- Writing Work Instructions
- Development of LOTO
- Development of Qualification & Training program

**Results:**

Rating: 3 - Competent

Comments: Mike has completed all of the above assignments pertaining to the Raw Water system. He is also assigned to the fuel oil system that has been plased as a low priority at this time.

**PG&E National**
**Energy Group**™

| **Employee 2001 Objective 2: Integrate start up support with the commissioning** |
|---|
| **Description:** |
| ·      Participate in the commissioning of the plant |
| **Results:** |
| Rating: 3 - Competent<br><br>Comments: Mike has been contributing in the commisioning efforts. He has been gaining a good amount of experience in the power production industry that he will be able to use to assist him in understanding the requirements of his job. |

| **Employee 2001 Objective 3: Support outfitting of the maintenance shop and systems** |
|---|
| **Description:** |
| ·      Work with the maintenance team setting up equipment<br>·      Participation in development of the maintenance management programs |
| **Results:** |
| Rating: 3 - Competent<br><br>Comments: Mike has accectped his responsibilities in the maintenance role. He is very helpful and has always been willing to do what every is required to complete the job. |

**PG&E National Energy Group**™

*Performance Review*

| Employee 2001 Objective 4: Participate in the safety committee |
|---|
| **Description:** |
| ・     Develop safety procedures and programs<br><br>・     Continued awareness of all safety aspects during the construction and commissioning of the plant |
| **Results:** |
| Rating: 3 - Competent<br><br>Comments: Mike has helped in the writing of the safety procedures and is comitted to do the best he can do on these.  As Mike learns more of about the power generation industry he will be able to use this in order to identify safety issues. |

| Employee 2001 Objective 5: |
|---|
| **Description:** |
|   |
| **Results:** |
| Rating: Not rated<br><br>Comments: |

**PG&E National Energy Group**

*Performance Review*

---

### Section 2: Core and Other Competencies

Use this section to rate and describe strengths and opportunities for improvement in specific competencies.

> **Note:**
> There is a set of core competencies on which all employees will be evaluated. These core competencies support the company's business direction. You may then add additional competencies relevant to the employee's job.

### CORE 1: Standing Alone

Will stand up and be counted, doesn't shirk personal responsibility, can be counted on when times are tough, willing to be the only champion for an idea or position, is comfortable working alone on a tough assignment.

Rating: 3 - Competent

### Comments:

Mike has no problem expressing his ideas. He has demonstrated that he takes ownership in his job assignments. As Mike gains experience he will most likely become more comfortable working alone.

### CORE 2: Drive for Results

Can be counted on to exceed goals successfully, is constantly and consistently one of the top performers, very bottom-line oriented, steadfastly pushes self and others for results.

Rating: 3 - Competent

### Comments:

Mike is a very hard worker. He can be counted on to do whatever is necessary. He shows initiative to get things rolling if some of his peers are slow getting started.

### CORE 3: Adaptability/Flexibility

Adapts to change, is open to new ideas, takes on new responsibilities, handles pressure, adjusts plans to meet changing needs.

Rating: 3 - Competent

### Comments:

Mike is new to the field and is adapting quite well. As the workload increases he occasionally needs help prioritizing tasks and duties but, as he gains more experience, the need lessens.

Mike has accepted the responsibilities in the maintenance role. He is very helpful and has always been willing to do what ever is required to complete the job.

---

**PG&E National Energy Group™**

*Performance Review*

**PG&E National
Energy Group**

---

### CORE 4: Timely Decision Making

Makes decisions in a timely manner, sometimes with incomplete information and under tight deadlines and pressure, able to make a quick decision.

Rating: 4 - Needs improvement

**Comments:**

Mike has minimal experience in an operating plant. Mike needs to focus on the items that he knows and understands. At times Mike over looks these items and makes mistakes that should not be made.

Even though Mike needs improvement in this area Mike needs to be aware that he should not try to take on a task that is beyond his training and qualifications.

---

### CORE 5: Integrity and Trust

Is widely trusted, is seen as a direct, truthful individual, can present the unvarnished truth in an appropriate helpful manner, keeps confidences, admits mistakes, doesn't misrepresent himself/herself for personal gain.

Rating: 3 - Competent

**Comments:**

Mike is very honest and straight-forward. He will admit his mistakes and tries to learn from them.

---

### CORE 6: Action Oriented

Enjoys working hard, is action oriented and full of energy for the things he/she sees as challenging, not fearful of acting with a minimum of planning, seizes more opportunities than others.

Rating: 2 - Exceeds expectations

**Comments:**

Mike is a highly motivated individual. After completing a task, Mike will report back and seek out the next task. Mike is openly excited about the power field and takes advantage of any opportunities of learning something new. Mike attended courses on his own time to pursue Mass. 2nd Class Fireman's License. Mike has been very helpful in developing the equipment rounds sheets, notably changes in nomenclature to make the readings easier and take out any guesswork. He consistently shows initiative in reporting problems and deficiencies in the plant and takes action when appropriate, i.e. submitted many punchlist items, makes responsible commissioning engineer aware of problems, etc.

---

**PG&E National**
**Energy Group**™

*Performance Review*

**PG&E National
Energy Group** ™

*Performance Review*

---

### CORE 7: Peer Relationships

Can quickly find common ground and solve problems for the good of all, can represent his/her own interests and yet be fair to *other* groups, can solve problems with peers with a minimum of noise, is seen as a team player and is cooperative, easily gains trust and support of peers, encourages collaboration, and can be candid with peers.

Rating: 3 - Competent

**Comments:**

Mike has established positive relationships with his peers. Enthusiastically does whatever needs to be done for the good of the plant.

---

### CORE 8: Safety Habits

Strives to efficiently and effectively address safety and health matters when performing job responsibilities

Rating: 4 - Needs improvement

**Comments:**

Mike often has suggestions and comments during weekly safety meetings. Shows initiative to promote a safe work environment, i.e.: craft working on #3 ACC were cutting some material overhead with no barricade tape below. Mike summoned AP safety and stood by to prevent people from passing through below until AP safety arrived to address the matter.

Mike needs to work on staying focused on the task that he is working on. At times Mike does not remember the simple things that he has been trained on and makes mistakes. This is a serious matter and will become more so as the plant becomes operational not only for Mikes safety but for everyone working at the plant.

---

### CORE 9: Environmental Stewardship

Is well informed about environmental issues affecting the company, clients, and the general public. Conscientiously ensures that environmental factors are defined and managed to ensure responsible stewardship.

Rating: 3 - Competent

**Comments:**

Mike has had a good deal of training in the environmental field. He has been able to use this in the development of our procedures and identifying issues during te commissioning of the plant.

---

**PG&E National Energy Group** ™

| **Additional Competency 1:** . |
|---|
| **Description:** |
| Rating: Not rated |
| **Comments** |
| |

| **Additional Competency 2:** . |
|---|
| **Description:** |
| Rating: Not rated |
| **Comments** |
| |

| **Additional Competency 3:** . |
|---|
| **Description:** |
| Rating: Not rated |
| **Comments** |
| |

**PG&E National**
**Energy Group**™

*Performance Review*

| Section 3: Overall Performance Summary |
|---|

Use this section to summarize the employee's performance as evaluated in Section 1: Key Objectives During Review Period and Section 2: Core and Other Competencies. When providing comments consider the employee's performance against objectives, key issues from the Competencies section, and strengths/potential improvements required for the position.

Rating: 3 - Competent

| Summary Comments |
|---|

**Mike's progress on process Owner objectives to date is overall good.  He is a steady, hard worker.  He is tireless in learning the plant and the processes.  What Mike lacks in experience in the field he makes up for in motivation to learn and strong desire to succeed.  His confidence level has greatly improved in the second quarter of this year and will continue to improve as he gains more experience.  Mike has good attention to detail, is thorough and wants to do things right.   Mike has a very positive attitude and is fun to work around.**

**Some areas for improvement;**

- **Asking for help when appropriate - evaluate the impact of interrupting others when often the problem can be solved without help from others.**
- **Focus on the task that you are performing and remember your training.**
- **Think about what you are going to say over the radio before you start talking.**
- **Continue learning the combined cycle power plant.**
- **Strive to think things out before acting whenever possible.**
- **Respect others time, try to avoid unnecessary interruptions.**

| Comments |
|---|

The employee and/or manager can use this section to make additional comments regarding the performance review here.

**PG&E National**
**Energy Group**™

Performance Review

---

### Signatures

**Note:**
*This section contains a signature line for each manager who must approve the contents of the form and a signature line for the employee to acknowledge that the contents of the form has been presented to him/her. Provide the employee with a copy of the final and signed form.*

**Managers should print this form and have all individuals sign the printed form as final approval.**

The employee signature confirms that the review was received and discussed, and does not imply agreement with the evaluation.

**Manager** _____ Date: 11/30/01

**2nd Level Manager** _____ Date: 11/01

**Employee** _____ Date: 11/30

Exhibit B

February 12,2002
To: Tim Bofman
Fm: Mike Beaudette


Dear Tim, this letter is in regards to the incident, which occurred on the evening of
Feb.6th, and it's subsequent impact on my continued employment with LRG. Although
the following information may add some insight to my actions of that day, it is not meant
to be an excuse to my unacceptable behavior. As we all know I have experienced a great
deal of difficulty adjusting to the new challenge of being an operator at a start up power
plant. Although I had been making progress, I was feeling a high level of frustration prior
to my outburst on the 6th as we briefly discussed the prior evening.

Last year I sought some treatment with a health care proffesional. He stated to me that he
thought that as a child I suffered with "Attention Deficit Disorder" although never
diagnosed. He felt that the stresses and dynamics, associated with the training and start-
up, (especially the long class room hours, where most of the information was geared
towards individuals with previous experience) caused a relapse of this ADD.

This Dr. tried me on a few different medications, which I did not really give a chance.
Since the majority of the classroom training had been completed at this time and we were
doing some hands on work, I basically thought I could deal with it.
Unfortunately no one really explained what ADD is or its symptoms. I basically thought
that ADD just meant I was overactive.

On Feb.7th the day after the incident I admitted to myself that I obviously could not
effectively deal with what ever was going on that was making me feel so uncomfortable.
I called PG&E"s Employee's assistant program, who immediately gave me some
referrals. I met with a licensed Mental Health Counselor that day. After spending a good
deal of time talking about how I was acting, and feeling etc. The term "ADD" again came
up. I left that session with the name of a book that He wanted me to read.

I bought the book and began to read it. I was truly amazed because everything that I had
been experiencing and feeling lately was there in black and white. I felt as if this book
had been written about me. Everything for the first time probably in my whole life
seemed to make perfect sense to me. I felt a great burden had been lifted from my
shoulders. I have stopped feeling this guilt and the feelings of inadequacy that I have
been experiencing since I came on board.

Regardless of what happens with my employment at Lake Road I feel that with this new
knowledge and proper treatment that I have the ability to live up to my potential and own
expectations.

I will meet with this individual again tomorrow, and he will set me up with someone who
can further evaluate me and recommend some type of treatment. I will make available to
you his or her findings and recommendations.

*Michael Beaudette*

Exhibit C

**PG&E Na. ונal
Energy Group™**

Lake Road
Generating Project

Construction Agent: Lake Road Generating Company, L.P.

7500 Old Georgetown Road
Suite 1300
Bethesda, MD 20814-6161

301.280.6800
Fax: 301.280.6900
Internet: www.pge.gen

File No. ___Pesonnel File___

DCN No. _____

February 13, 2002

Mr. Michael Beaudette
92 Northside Road
Charlton MA 01507

Dear Sir:

This letter serves to notify you effective immediately your employment with PG&E National
Energy Group is terminated.

Your termination is based on a culmination of incidents since your date of hire in which there
have been moderate to severe performance problems. Specifically in the area of accepting
instructions from lead individuals. You have been relieved of your duties twice since your
employment began.

On February 13, 2001 you were suspended for insubordination for not following orders from
your Lead Technician. Your unwillingness to follow direction could have compromised the
safety systems (lockout/tagout) that were then under development.

Then on September 24, 2001 you received a written warning regarding your inability to
follow direction. Your actions resulted in the contamination of the demineralized water
storage tank.

On November 21, 2001 you were removed from the "Qualified Fork Lift Operator" list
because you failed to wear the seat belt as required. You had been reprimanded earlier that
day for not wearing the belt. This is a violation of the Company's Safe Work Practice.

The latest incident on February 6, 2002 you displayed violence in an angry outburst. This
display occurred in the presence of the Operations Manager in the Control Room. This
behavior is totally unacceptable and you were immediately relieved of all duties and
escorted off the property.

You will be receiving a letter from Human Resources outlining your termination benefits.

Sincerely,

James Carlton
General Manager
Lake Road Generating

CC:     G. Lehner, K. Kinder, S. Hanrahan, Personnel File

PG&E Generating (PG&E Gen) and any other company referenced herein that uses the PG&E name or logo are not the same company
as Pacific Gas and Electric Company, the regulated California utility. Neither PG&E Gen nor these other referenced companies are
regulated by the California Public Utilities Commission. Customers of Pacific Gas and Electric Company do not have to buy products
from these companies in order to continue to receive quality regulated services from the utility.