UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 12  A 10: 44

U.S. DISTRICT COURT
HARTFORD, CT.

Michael Beaudette,

        Plaintiff,

v.

Power Services Company,

        Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE REQUEST FOR PREFILING CONFERENCE REGARDING SUMMARY JUDGMENT MOTION

Defendant Power Services Company ("Defendant") hereby requests that the scheduling order for the above-referenced matter be modified so as to allow additional time to file a Request for a Prefiling Conference Regarding a Motion for Summary Judgment. The Request for a Prefiling Conference Regarding a Motion for Summary Judgment is currently due on or before May 14. Defendant is requesting that the deadline be extended until Friday, May 21, 2004 because Defendant expects to complete Plaintiff's deposition on May 14, 2004 and has determined that it would be best to for Defendant's counsel to confer with Plaintiff's counsel regarding the summary judgment motion after Defendant's counsel has completed Plaintiff's deposition and has been fully apprised of the facts surrounding Plaintiff's allegations.

The granting of this request would not have an impact on the dates that the Court has set for the joint trial memorandum, and it would not cause any delay in the date that the case is scheduled for placement on the Trial Ready List (July 2004).

FHBoston/1053232.1

Plaintiff's counsel, Gregg Adler, has been contacted and has assented to this request.

POWER SERVICES COMPANY

By their attorneys,

*Claudia T. C*

James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: May 11, 2004

## CERTIFICATE OF SERVICE

I, Claudia T. Centomini, certify that on May 11, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Gregg D. Adler, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2022 and Daniel Krisch, Esq., Horton, Shields & Knox, P.C., 90 Gillett Street, Hartford, CT  06105.

*Claudia T. C*
Claudia T. Centomini