UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT SULKAZI, | : | |
|         Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 3:04 CV-411 (AWT) |
| | : | |
| DYNAMICS CORPORATION | : | |
| OF AMERICA and CTS | : | |
| CORPORATION, INC. | : | |
| _____ | : | |

**MOTION FOR ENLARGEMENT OF TIME**

The plaintiff hereby moves for an additional sixty (60) days for the defendant to file a responsive pleading to the Complaint.  This request is made because the undersigned and the defendants' Chicago counsel have agreed to attempt to explore the possibility of resolving this matter prior to local counsel appearing for the defendant and additional fees being incurred.

A copy of a letter by local counsel consenting to this request is annexed hereto as Exhibit A.

This 18th day of May, 2004.

                              ROBERT SULKAZI, Plaintiff

                              By:_____
                              Frank J. Liberty of
                              Suisman, Shapiro, Wool, Brennan,
                                Gray & Greenberg, P.C.
                              2 Union Plaza, Suite 200
                              P.O. Box 1591
                              New London, CT 06320
                              Federal Bar No. 14089
                              Telephone: (860) 442-4416
                              Fax: (860) 442-0495
                              E-mail: fliberty@sswbgg.com

## **CERTIFICATION**

     I hereby certify that the foregoing Motion for Enlargement of Time has been mailed by U. S. Mail, first class and postage prepaid, this 18th day of May, 2004 as follows:

Michael T. Graham, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

                              _____
                              Frank J. Liberty
                              Commissioner of Superior Court

00165952.WPD; v.