UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

   Plaintiff,

v.

Power Services Company,

   Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

FILED 2004 MAY 19 A 11: [illegible]

## DEFENDANT'S MOTION TO EXTEND TIME TO COMPLETE DEFENDANT'S EXPERT DISCLOSURE AND DEFENDANT'S EXPERT DEPOSITION

Defendant Power Services Company ("Defendant") hereby requests that the scheduling order for the above-referenced matter be modified so as to allow additional time to complete Defendant's Expert Disclosure and Defendant's Expert Deposition. Defendant's Expert has a personal emergency to which he must attend and needs additional time to prepare his report. Defendant is not seeking to modify any of the other due dates in the Case Management Plan. The new due dates would be as follows:

  Defendant's Expert Disclosure due on or before June 8, 2004; and

  Defendant's Expert Deposition to be completed by July 2, 2004.

The granting of this request would not have an impact on the dates that the Court has set for the mandatory settlement conference or the joint trial memorandum, and it would not cause any delay in the date that the case is scheduled for placement on the Trial Ready List (July

*Granted. So ordered. Robert N. Chatigny, U.S.D.J.*

*May 19, 2004.*

FILED 2004 MAY 21 A [illegible] U.S. DISTRICT COURT HARTFORD, CT.

FHBoston/1053232.1