#46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 21  A 11: 20

U.S. DISTRICT COURT
HARTFORD, CT.

Michael Beaudette,

        Plaintiff,

v.

Power Services Company,

        Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

## DEFENDANT'S REQUEST FOR A PREFILING CONFERENCE REGARDING ITS MOTION FOR SUMMARY JUDGMENT

Defendant Power Services Company ("Defendant") hereby requests that this Court schedule a prefiling conference regarding Defendant's Motion for Summary Judgment.

This is a classic case for summary judgment. Plaintiff Michael Beaudette ("Plaintiff") has filed a two-count complaint in the above-referenced action and both counts warrant summary judgment. In Count One, Plaintiff alleges that Defendant discriminated against him because of his disability in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101 et

---

June 2, 2004.  Michael Beaudette v. Power Services Company
                3:03CV899 (RNC)
Re: Defendant's Request for Prefiling Conference [doc. 46]
Denied as moot. No prefiling conference will be held. The defendant may file the motion on or before July 23, 2004. Opposition must be filed on or before August 27, 2004. Any reply must be filed on or before September 8, 2004. So ordered.

Robert N. Chatigny, U.S.D.J.