UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>              Plaintiff,<br><br>    v.<br><br>Power Services Company,<br><br>             Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC) |

### DEFENDANT'S MOTION TO EXTEND TIME FOR FILING ITS MOTION FOR SUMMARY JUDGMENT

Defendant Power Services Company ("Defendant") hereby requests that the deadline for filing its Motion for Summary Judgment be extended so as to allow additional time to incorporate testimony from the deposition of Defendant's Expert.  Defendant is seeking an extension until August 11, 2004 to file its Motion for Summary Judgment.  It is currently due on or before July 23, 2004.  The due dates in for Plaintiff's Opposition and any reply would also be modified as follows:

Plaintiff's Opposition due on or before September 15, 2004; and

Reply due on or before September 24, 2004.

Defendant is requesting this extension because, despite diligent efforts by the parties to schedule a deposition of Defendant's Expert in June, Defendant's Expert was not available until July 16, 2004 due to prior obligations.  Plaintiff, therefore, did not depose until July 16, 2004.  As a result, the deposition transcript will not be available until the first week of August.  Without additional time, Defendant will not be able to incorporate any of its Expert's testimony into its

FHBoston/1053232.1

Motion for Summary Judgment. Defendant does not anticipate any additional delays in filing its Motion for Summary Judgment.

Plaintiff's counsel, Mary Kelly, has been contacted and has assented to this request. It is Defendant's first request for an extension to file its Motion for Summary Judgment.

POWER SERVICES COMPANY

By their attorneys,

_____
Daniel J. Krisch
HORTON, SHIELDS & KNOX, P.C.
90 Gillett Street
Hartford, CT 06105
Fed. Bar ID# CT21994
(860) 522-8338
dkrisch@hsklawfirm.com

and

James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: July 19, 2004

## CERTIFICATE OF SERVICE

    I, Daniel J. Krisch, certify that on July 19, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Gregg D. Adler, Esq., and Mary E. Kelly, Esq. of Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2022, and James W. Bucking (ct 24940) Claudia T. Centomini (ct 24941) of Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600

_____
Daniel J. Krisch