UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 19 P 1: 34

---

Michael Beaudette,

            Plaintiff,

    v.                                          CIVIL ACTION NO.
                                                303CV899 (RNC)
Power Services Company,

            Defendant.

---

## DEFENDANT'S MOTION TO EXTEND TIME FOR FILING
## ITS MOTION FOR SUMMARY JUDGMENT

Defendant Power Services Company ("Defendant") hereby requests that the deadline for

filing its Motion for Summary Judgment be extended so as to allow additional time to

incorporate testimony from the deposition of Defendant's Expert.   Defendant is seeking an

extension until August 11, 2004 to file its Motion for Summary Judgment.  It is currently due on

or before July 23, 2004.  The due dates in for Plaintiff's Opposition and any reply would also be

modified as follows:

Plaintiff's Opposition due on or before September 15, 2004; and

---

July 20, 2004.       Michael Beaudette v. Power Services Company
                     Case Number    3:03CV899(RNC)

RE: Defendant's Motion to Extend Time for Filing its Motion for Summary
Judgment [Doc. #4 ]

Granted.  The defendant may file the motion on or before August 11, 2004.
Opposition must be filed on or before September 15, 2004.  Any reply must be
filed on or before September 24, 2004.    So ordered.

                                        Robert N. Chatigny, U.S.D.J.