UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>      Plaintiff,<br><br>v.<br><br>Power Services Company,<br><br>      Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Power Services Company ("PSC") hereby moves this Court to grant summary judgment in its favor on all counts of Plaintiff's Second Amended Complaint.

In support of this Motion, PSC files concurrently herewith Defendant's Local Rule 56(a)1 Statement, Defendant's Memorandum of Law in Support of Defendant's Motion For Summary Judgment, the Affidavit of Lawrence Alice, the Affidavit of Tim Bofman, the Affidavit of Claudia T. Centomini (with exhibits), and the Affidavit of Karen Kinder. The grounds and authorities for this Motion are set forth more fully in the accompanying Memorandum to which this Court is respectfully referred.

WHEREFORE, PSC requests that this Court grant its Motion for Summary Judgment, award its costs and reasonable attorneys' fees, and grant all further relief this Court finds just and proper.

REQUEST FOR ORAL ARGUMENT

Pursuant to L.Civ.R. 7(a)1, PSC respectfully requests oral argument as it may aid the Court in ruling on this Motion.

Respectfully Submitted,

POWER SERVICES COMPANY

By its attorneys,

*[signature: Claudia T. C...]*

James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Date:  August 10, 2004

## CERTIFICATE OF SERVICE

I, Claudia T. Centomini, certify that on August 10, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Gregg D. Adler, Esq. and Mary E. Kelly, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2022 and Daniel Krisch, Esq., Horton, Shields & Knox, P.C., 90 Gillett Street, Hartford, CT 06105.

*[signature: Claudia T. C...]*
Claudia T. Centomini

-2-