UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

    Plaintiff,

v.

Power Services Company,

    Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

FILED
2004 AUG 11  A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

## AFFIDAVIT OF LAWRENCE ALICE

I, Lawrence Alice, on oath, depose and state as follows:

1. I am over the age of twenty-one and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth in this Affidavit.

3. I understand that this Affidavit is being provided in a lawsuit brought against Power Services Company ("PSC") by Michael Beaudette ("Beaudette") in which he claims that PSC discriminated against him on the basis of his alleged disabilities.

4. Before speaking with the attorney for PSC, she informed me that the interview was purely voluntary.

5. The attorney provided me with an opportunity to review the Affidavit and to make any corrections.

6. I have worked as an Operations and Maintenance Technician, an hourly position, at Lake Road Generating Plant ("Lake Road" or "the plant") in Dayville, Connecticut since July 31, 2000. Although I continue to be employed by Lake Road, Lake Road is no longer a part of PSC.

7. As an Operations Maintenance Technician, I am responsible for performing station shift operations, maintenance of shift operating logs, routine testing, electrical and mechanical inspections, and identifying hazards and taking corrective action of these hazards as authorized.

8. We were not assigned to the same crew, but Beaudette and I would often overlap shifts at Lake Road when we still worked for PSC between approximately the fall of 2000 and February 2002. Also, during the plant's start up period, we went to double coverage and I worked the same shift as Beaudette during that time.

9. Before Lake Road hired me, I had worked in an energy plant and I was aware of the long hours that may be required of me at a power plant. I knew when I started working for Lake Road that I would have to work long hours before the plant became fully operational. During my conversations with Beaudette, he said things that revealed that he did not initially appreciate how many hours he would have to work during the plant's start up period.

10. During Beaudette's employment, I witnessed Beaudette lose his temper on one to two occasions. On one occasion, Beaudette got quite angry and lost his temper during a discussion with me and other co-workers over whose turn it was to work overtime.

11. After I heard that Lake Road had suspended Beaudette for throwing his hard hat in the control room, I became concerned that Beaudette's throwing of his hard hat could be a prelude to Beaudette doing something significantly more violent at the plant. I spoke to Joseph Reindl ("Reindl"), who was the Lead Operations and Maintenance Technician for my crew, about my concerns. Reindl told me that I had to let management know about my concerns.

12. After Reindl suggested that I speak to management, I spoke to Tim Bofman ("Bofman"), the Operations Manager. I told Bofman that I had witnessed Beaudette become enraged at work over one to two incidents, and in light of learning of the hard hat incident, I was worried about what he might do next. I made it a point to tell Bofman that I was not fearful of Beaudette but I felt that I had to say something to Bofman because I would not have been able to

live with myself if I had not said anything and Beaudette had done something terrible.

Signed under the pains and penalties of perjury on this 9th day of March 2004.

*Lawrence P. Alice*
Lawrence Alice

1018142.1                                           - 3 -