UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michael Beaudette,

    Plaintiff,

v.

Power Services Company,

    Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

FILED
2004 AUG 11 A 11: 30
U.S. DISTRICT COURT
HARTFORD, CT.

## AFFIDAVIT OF KAREN KINDER

I, Karen Kinder, on oath, depose and state as follows:

1. I am over the age of twenty-one and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth in this Affidavit.

3. I understand that this Affidavit is being provided in a lawsuit brought against Power Services Company ("PSC") by Michael Beaudette ("Beaudette") in which he claims that PSC discriminated against him on the basis of his alleged disabilities.

4. I have worked for U.S. National Energy Gas Transmissions, an affiliate of PSC, for approximately 6 years, and I am employed as a Human Resources Manager.

5. From July 2001 to April 2003, I was responsible for the human resources functions at the Lake Road facility, which required me to be familiar with PSC's employment policies and practices.

6. As a practice, PSC requires new hires, who will be operating mechanical equipment, to see PSC's medical vendor for a job placement examination to ensure that the new hires are medically qualified for their respective positions.