UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| Michael Beaudette, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.<br>303CV899 (RNC) |
| Power Services Company, | |
| Defendant. | |

## AFFIDAVIT OF TIM BOFMAN

I, Tim Bofman, on oath, depose and state as follows:

1. I am over the age of twenty-one and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth in this Affidavit.

3. I understand that this Affidavit is being provided in a lawsuit brought against Power Services Company ("PSC") by Michael Beaudette ("Beaudette") in which he claims that PSC discriminated against him on the basis of his alleged disabilities.

4. I worked for PSC for approximately ten years. I began working as the Operations Manager at Lake Road Generating Plant ("Lake Road" or "the plant") in Dayville, Connecticut since May 2000. Although I continue to be employed by Lake Road, Lake Road is no longer a part of PSC.

5. As the Operations Manager, I supervise the lead Operations & Maintenance technicians and the Operations & Maintenance technicians at Lake Road.

6.  Beaudette applied for a position as an Operations & Maintenance technician in the spring of 2000. At that time, the plant was not yet operational and we were hiring for the Operations & Maintenance technician position.

7.  I expected the plant to become fully operation in 2001.

8.  Jim Carlton, Heidi Lavigne and I interviewed Beaudette for the Operations & Maintenance technician position and I participated in the decision to hire him. Beaudette had no prior experience working in a power plant but Jim Carlton and I decided to take a chance on Beaudette and hire him for the position. We knew that Beaudette would have the benefit of approximately four months of classroom training, which would enable him to learn the requirements of the position and better acquaint him with the operation and maintenance of the plant.

9.  PSC hired Beaudette on July 31, 2000.

10. Beaudette began training classes with his co-workers as soon as he started working for PSC. The training provided a technical training on the operation and maintenance of the plant and a review of all the equipment contained in the plant. The classes continued through November 2000.

11. Generally speaking, Beaudette performed most of the technical aspects of his position well. He lacked on-the-job training and experience, which would come in time.

12. On the morning of October 18, 2001, a tradesperson had seen Plaintiff without a seat belt while operating a fork lift and told Andy Walz ("Walz"), Lake Road's Environmental Manager. Walz directed Beaudette to wear a seat belt while operating a fork lift. Later that day, an employee of Alstom, the company that designed and built the plant, told me that he had witnessed Beaudette again operating the fork lift without a seat belt and that he had told Walz about it. I then approached Walz who told me about the earlier incident and that he had instructed Beaudette to wear a seat belt while operating a fork lift. I instructed Beaudette that he was being removed from the Qualified Fork Lift Operator list because he had failed to wear a

1018142.1                                    - 2 -

seat belt twice on the same day. Lake Road strongly supports adhering to safety requirements in the plant.

13. On February 5, 2002, Beaudette came to see me. He was concerned about how he was doing and said he was feeling stressed by the long hours at work. I told Beaudette that he was performing his job well. I also explained to Beaudette that the pre-operational phase would soon pass and the overtime requirements would be reduced in the near future.

14. When I heard yelling outside my office on the evening of February 6, 2002, I left my office to see what was happening. I witnessed Beaudette and Joseph Reindl, a lead Operations & Maintenance technician, arguing in the control room. I tried to defuse the situation by asking Beaudette to come to my office. Instead, Beaudette said that this is a "bunch of bullshit" and threw his hard hat across the room. The hard hat hit an empty wall.

15. The control room contains all of the controls to the plant. Beaudette could have caused a serious accident to have occurred had his hard hat hit any of the people in the room or hit the equipment. In fact, Beaudette's hard hat was thrown in the direction of two of the Alstom employees in the room and the hard hat passed by them. A hard hat has a rim on the front. If it is thrown, it is unclear what direction it will take as it cannot be expected to follow a straight line.

Signed under the pains and penalties of perjury on this 9 day of August 2004.

_____
Tim Bodman

1018142.1                                      - 3 -