UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -8  A 11: 21

DISTRICT COURT

| Michael Beaudette, |  |
|---|---|
| Plaintiff, |  |
| v. | CIVIL ACTION NO. 303CV899 (RNC) |
| Power Services Company, |  |
| Defendant. |  |

**JOINT MOTION TO EXTEND TIME FOR FILING
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION**

Plaintiff Michael Beaudette ("Plaintiff") and Defendant Power Services Company ("Defendant") hereby request that the deadlines for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply be extended. The parties are seeking an extension until September 22, 2004 for Plaintiff's Opposition and any reply would be due on or before October 5, 2004.

The parties are requesting this extension because they have other court proceedings scheduled during this time period which has had an impact on their ability fully respond to the other party's filings. Specifically, Plaintiff's counsel had been preparing for trial in another matter, which has recently been rescheduled. In addition, this is a case involving numerous documents and witness depositions, including two expert depositions, and involving complex legal issues under the Americans' with Disabilities Act, and the Connecticut Fair Employment

FHBOSTON/1103166.1

Practices Act. Consequently, drafting the statement of facts and Rule 56 statements, and drafting the substantive memoranda has been time-consuming.

The parties do not anticipate any additional delays in filing their respective pleadings.

| MICHAEL BEAUDETTE | POWER SERVICES COMPANY |
|---|---|
| By his attorneys, | By its attorneys, |
| *Mary E. Kelly /cre w/ permission* | *Claudia T. Ce[...]* |
| Mary E. Kelly (ct 07419) | James W. Bucking (ct 24940) |
| Gregg D. Adler (ct 05698) | Claudia T. Centomini (ct 24941) |
| Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | FOLEY HOAG LLP |
| 557 Prospect Avenue | 155 Seaport Boulevard |
| Hartford, CT 06105-2922 | Boston, MA 02210-2600 |
| (860) 233-9821 | (617) 832-1000 |

Dated: September 7, 2004