UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP -8 A 11: 21
U.S. DISTRICT COURT
HARTFORD, CT.

Michael Beaudette,

       Plaintiff,

v.

Power Services Company,

       Defendant.

CIVIL ACTION NO.
303CV899 (RNC)

### JOINT MOTION TO EXTEND TIME FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION

Plaintiff Michael Beaudette ("Plaintiff") and Defendant Power Services Company ("Defendant") hereby request that the deadlines for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply be extended. The parties are seeking an extension until September 22, 2004 for Plaintiff's Opposition and any reply would be due on or before October 5, 2004.

The parties are requesting this extension because they have other court proceedings scheduled during this time period which has had an impact on their ability fully respond to the other party's filings. Specifically, Plaintiff's counsel had been preparing for trial in another matter, which has recently been rescheduled. In addition, this is a case involving numerous documents and witness depositions, including two expert depositions, and involving complex legal issues under the Americans' with Disabilities Act, and the Connecticut Fair Employment

FHBOSTON/1103166.1