UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL BEAUDETTE | : | CIVIL ACTION NO: |
|  | : | 3:03 CV 0899 (RNC) |
| Plaintiff | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| POWER SERVICES COMPANY | : |  |
| Defendant | : |  |
|  | : | September 21, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED
THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Michael Beaudette respectfully moves the Court for permission to file the attached Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment. The filing is six (6) pages longer than contemplated by the Local Rules. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's claims and which therefore needed to be explicated in the plaintiff's opposition memorandum. The plaintiff made every effort to present a complete, but concise opposition memorandum, within the stated page limit, but needed to exceed that limit by six pages. Therefore the plaintiff seeks this Court's permission to exceed the page limit contained in D. Conn. L. Civ. Rule 9(a)(2).

WHEREFORE, plaintiff respectfully requests permission to exceed the page limit with respect to his Memorandum, submitted herewith.

                                    RESPECTFULLY SUBMITTED,
                                    THE PLAINTIFF

By: _____
Mary E. Kelly ct# 07419
Gregg D. Adler ct#05698
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing Plaintiff's Motion for Permission to Exceed the Page Limit for Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgement has been mailed first-class, postage pre-paid on this 21st day of September, 2004 to the following counsel of record:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Michael S. Taylor
Daniel J. Krisch
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105


                                                        _____
                                                        Mary E. Kelly

## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO: |
| MICHAEL BEAUDETTE | : | 3:03 CV 0899 (RNC) |
| Plaintiff | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| POWER SERVICES COMPANY | : |  |
| Defendant | : |  |
|  | : | September 21, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that plaintiff, Cindy Slane has manually filed the following documents:

Exhibits 2 - 31 to the Plaintiff's Local Rule 56(a)2 Statement In Support of Memorandum

Opposing Summary Judgment.  These document have not been filed electronically because the

documents cannot be converted to an electronic format.  The documents have been manually

served on all parties.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Mary E. Kelly ct# 07419
Gregg D. Adler ct#05698
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing Notice of Manual Filing has been mailed first-class, postage pre-paid on this 21st day of September, 2004 to the following counsel of record:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Michael S. Taylor
Daniel J. Krisch
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

_____
Mary E. Kelly