UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE<br>Plaintiff<br><br>v.<br><br>POWER SERVICES COMPANY<br>Defendant | CIVIL ACTION NO.:<br>3:03 CV 0899 (RNC)<br><br><br><br><br><br>September 21, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED
THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Michael Beaudette respectfully moves the Court for permission to file the attached Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment. The filing is six (6) pages longer than contemplated by the Local Rules. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's

---

September 23, 2004.  Beaudette v. Power Services Co.
                     3:03CV0899 (RNC)

Re: Plaintiff's Motion for Permission to Exceed the Page Limit for
    Plaintiff's Memorandum of Law in Opposition to Motion for Summary
    Judgment (Doc. # 53)

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.