UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>        Plaintiff,<br><br>v.<br><br>Power Services Company,<br><br>        Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC) |

October 4, 2004

### DEFENDANT'S MOTION TO STRIKE

Defendant Power Services Company ("PSC") hereby moves this Court to strike the following from Plaintiff's Local Rule 56(a)2 Statement in Support of Memorandum Opposing Summary Judgment ("Plaintiff's Statement") contained in Plaintiff's Statement of Material Facts in Dispute: Paragraph 79 in its entirety; Paragraph 81, sentence 4; Paragraph 17, sentence 2; and Paragraph 63, sentence 1. PSC further moves the Court to strike sentence 3 of Paragraphs 21 and 36 of Exhibit 1 to the Plaintiff's Statement (Affidavit of Michael Beaudette) ("Affidavit").

FHBOSTON/1113259.1

In support of this Motion, PSC submits the accompanying Memorandum in Support of its Motion to Strike.

Respectfully Submitted,

**POWER SERVICES COMPANY**

By its attorneys,

*/s/ Claudia T. Centomini*

James W. Bucking (ct 24940)
Claudia T. Centomini (ct 24941)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Date:   October 4, 2004

**CERTIFICATE OF SERVICE**

I, Claudia T. Centomini, certify that on October 4, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by first class mail, to Gregg D. Adler, Esq. and Mary E. Kelly, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2022 and Daniel Krisch, Esq., Horton, Shields & Knox, P.C., 90 Gillett Street, Hartford, CT 06105.

*/s/ Claudia T. Centomini*
Claudia T. Centomini