**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL BEAUDETTE,<br>    Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO:<br>3:03 CV 0899 (RNC) |
| v. | : <br> : | |
| POWER SERVICES COMPANY<br>    Defendant | : <br> : <br> : | October 18, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Michael Beaudette has manually filed the following documents:

**EXHIBITS A - D**

This document has not been filed electronically because

[ **X** ] the document cannot be converted to an electronic format

[  ] the electronic file size of the document exceeds 1.5 megabytes

[  ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[  ] Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

        RESPECTFULLY SUBMITTED,

BY:_____
    Mary E. Kelly ct#07419
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly P.C.
    557 Prospect Avenue
    Hartford, CT 06105
    phone: (860) 233-9821
    fax:    (860) 232-7818
    mekelly@lapm.org

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Notice of Manual Filing has been sent by first-class, postage pre-paid mail on this 18th day of October, 2004 to the following counsel of record:

Claudia T. Centomini
James W. Bucking
Foley, Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Michael S. Taylor
Daniel J. Krisch
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

                                      Mary E. Kelly