UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Beaudette,<br><br>                Plaintiff,<br><br>v.<br><br>Power Services Company,<br><br>                Defendant. | CIVIL ACTION NO.<br>303CV899 (RNC)<br><br><br><br>October 4, 2004 |

**DEFENDANT'S MOTION TO STRIKE**

Defendant Power Services Company ("PSC") hereby moves this Court to strike the following from Plaintiff's Local Rule 56(a)2 Statement in Support of Memorandum Opposing Summary Judgment ("Plaintiff's Statement") contained in Plaintiff's Statement of Material Facts in Dispute: Paragraph 79 in its entirety; Paragraph 81, sentence 4; Paragraph 17, sentence 2; and Paragraph 63, sentence 1. PSC further moves the Court to strike sentence 3 of Paragraphs 21 and 36 of Exhibit 1 to the Plaintiff's Statement (Affidavit of Michael Beaudette) ("Affidavit").

FHBOSTON/1113259.1