UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BEAUDETTE,<br><br>          Plaintiff,<br><br>     v.<br><br>POWER SERVICES COMPANY,<br><br>          Defendant. | Civil Action No. 3:03 CV 0899 (RNC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), both parties hereby agree and stipulate that this action, including all claims and counterclaims, be dismissed with prejudice and without costs or attorneys' fees, with both parties waiving any right to appeal.

**MICHAEL BEAUDETTE**
By his attorneys:

_____
Gregg D. Adler ct05698
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
860-233-9821

Dated: ~~February~~ April 26, 2005

**POWER SERVICES COMPANY**
By its attorneys:

_Claudia T. Cnt_
James W. Bucking ct24940
Claudia T. Centomini ct24941
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

June 17, 2005.    Approved. So ordered.    Robert N. Chatigny, U.S.D.J.

B2742680.1

- 4 -